# United States District Court
# Western District of North Carolina
# Asheville Division

| Tara Clark | ) | JUDGMENT IN CASE |
|---|---|---|
| | ) | |
| Plaintiff | ) | 1:23-cv-00280-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security | ) | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2024 Order.

April 29, 2024

Katherine Hord Simon, Clerk
United States District Court